No. —, Original. Ex parte Cecil Wright. January 4, 1943. The petition for rehearing is denied. The motion for leave to file petition for writ of certiorari is also denied.

No. 23. State Bank of Hardinsburg v. Brown et ux. January 4, 1943. The motion for leave to consider petition for rehearing on typewritten copies is granted. The petition for rehearing is denied.

No. 176. Hughes v. Wendel, County Treasurer, et al. January 4, 1943. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petition for rehearing is denied.

No. 250. Carlota Benitez de Seix et al. v. Ros Maria Anciani et al. January 4, 1943. The petition for reconsideration of "Petition to Court" filed herein September 9th is denied.

No. 476. American Insurance Co. et al. v. Scheufler, Superintendent, et al. January 4, 1943. The petition for rehearing is denied. Mr. Justice Roberts and Mr. Justice Murphy took no part in the consideration or decision of this application.

No. 74. Mangus et al. v. Miller. January 4, 1943.

No. 234. Albin v. Cowing Pressure Relieving Joint Co. et al. January 4, 1943.